IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| NOVA C. WYLDS, Individually and as Personal Representative of the Estate of CHARLES W. WYLDS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 2:15-cv-04627-RMG |
| vs. | ) | |
| | ) | |
| AIR & LIQUID SYSTEMS CORP, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **VOLUNTARY DISMISSAL OF UNIROYAL, INC.**

COMES NOW Plaintiff, Nova C. Wylds, Individually and as Personal Representative of the Estate of Charles W. Wylds, deceased, by and through undersigned counsel, and hereby voluntarily dismisses Plaintiff's claims against Uniroyal, Inc. without prejudice, each party to bear its own fees and costs. Plaintiff expressly reserves her rights to proceed against all other defendants as filed.

This 5th day of July, 2016.

MOTLEY RICE
By: */s/ W. Christopher Swett*
W. Christopher Swett
SC Federal Bar Number 11177
MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant SC 29465
Telephone: 843-216-9000
cswett@motleyrice.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| NOVA C. WYLDS, Individually and as Personal Representative of the Estate of CHARLES W. WYLDS, deceased, | ) ) ) | |
| | ) | Civil Action No. 2:15-cv-04627-RMG |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| AIR & LIQUID SYSTEMS CORP, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

On July 5th, 2016, the foregoing Notice of Voluntary Dismissal of Uniroyal, Inc. was

served on all counsel of record in the captioned matter by using the CM/ECF system.


/s/ W. Christopher Swett
W. Christopher Swett
SC Federal Bar Number 11177
Attorneys for Plaintiff

MOTLEY RICE
28 Bridgeside Boulevard
Mt. Pleasant SC 29465
Telephone:  843-216-9000