IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nova C. Wylds, Individually and as Executrix of the Estate of Charles W. Wylds, Deceased,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>A.W. Chesterton Company, et al.,<br><br>　　　　　Defendants. | Civil Action No. 2:15-CV-04627-RMG |

## STIPULATION OF DISMISSAL AS TO GOULDS LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby stipulates and agrees to dismiss all of the claims against Defendant Goulds LLC in the above-captioned action without prejudice. Each party to bear its own costs.

　　　　　　　　　　　　　　　　　　s/W. Christopher Swett
　　　　　　　　　　　　　　　　　　W. Christopher Swett
　　　　　　　　　　　　　　　　　　Motley Rice, LLC
　　　　　　　　　　　　　　　　　　Federal Bar No. 11177
　　　　　　　　　　　　　　　　　　Post Office Box 1792
　　　　　　　　　　　　　　　　　　Mt. Pleasant, SC  29465

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

WE CONSENT:

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.

s/Robert O. Meriwether
Robert O. Meriwether
Federal Bar No. 01040
Post Office Box 11070
Columbia, SC  29211

Attorneys for Goulds LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Nova C. Wylds, Individually and as Executrix of the Estate of Charles W. Wylds, Deceased, | ) ) ) | Civil Action No. 2:15-CV-04627-RMG |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| A.W. Chesterton Company, et al., | ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing was electronically filed with the Clerk of Court and notification of such filing was served on counsel of record for the plaintiff as well as all counsel of record.

This 22nd date of July, 2016.

s/ Robert O. Meriwether