IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NOVA C. WYLDS, Individually and as Personal Representative of the Estate of CHARLES W. WYLDS, deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORP, et al.<br><br>        Defendants. | Civil Action No. 2:15-cv-04627-RMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND A.W. CHESTERTON COMPANY

COMES NOW Plaintiff, Nova C. Wylds, Individually and as Personal Representative of the Estate of Charles W. Wylds, deceased, by and through undersigned counsel, and with the consent of Defendant A.W. Chesterton Company, by and through undersigned counsel, voluntarily dismisses the above-captioned matter with prejudice only as to A.W. Chesterton Company pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiff expressly reserves her right to proceed against all other defendants as filed.

This 29th day of July, 2016.

| | |
|---|---|
| MOTLEY RICE<br>By: */s/ W. Christopher Swett*<br>*(signed w/express permission jmt)*<br>W. Christopher Swett<br>SC Federal Bar Number 11177<br>MOTLEY RICE<br>28 Bridgeside Boulevard<br>Mt. Pleasant SC 29465<br>Telephone: 843-216-9000<br>cswett@motleyrice.com<br>Attorneys for Plaintiff | EVERT WEATHERSBY HOUFF<br>By: */s/ Jennifer M. Techman*<br>Jennifer M. Techman<br>SC Federal Bar No. 8028<br>EVERT WEATHERSBY HOUFF<br>3455 Peachtree Road, Suite 1550<br>Atlanta, Ga. 30326<br>Telephone: 678-651-1200<br>JMTechman@EWHlaw.com<br>Attorneys for Defendant A.W. Chesterton Company |

1286859.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NOVA C. WYLDS, Individually and as Personal Representative of the Estate of CHARLES W. WYLDS, deceased,<br><br>    Plaintiffs,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORP, et al.<br><br>    Defendants. | Civil Action No. 2:15-cv-04627-RMG |

## CERTIFICATE OF SERVICE

On July 29, 2016, the foregoing Stipulation of Dismissal With Prejudice between Plaintiff and A.W. Chesterton Company was served on all counsel of record in the captioned matter by using the CM/ECF system.

             */s/ Jennifer M. Techman*
             Jennifer M. Techman
             SC Federal Bar Number 8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road, NE
Suite 1550
Atlanta, GA 30326
(678) 651-1200 - Telephone
JMTechman@ewhlaw.com

1286859.1