**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| NOVA C. WYLDS, Individually and as Executrix of the Estate of CHARLES W. WYLDS, Deceased, | ) ) ) ) | C/A No. 2:15-CV-04627-RMG |
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL AS TO ALL REMAINING DEFENDANTS** |
| v. | ) ) | |
| A.W. CHESTERTON COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and with consent of Defense Counsel, Plaintiff hereby stipulates and agrees to dismiss all of the claims against all remaining Defendants in the above-captioned action.  Each party to bear its own costs.  Moreover, the Plaintiff respectfully requests the entry of a Rubin Order.

Respectfully submitted this 13th day of January, 2017,


MOTLEY RICE LLC

/s/ W. Christopher Swett
W. Christopher Swett
*Federal Court ID No. 11177*
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
(843) 216-9000
(843) 216-9450 (facsimile)
cswett@motleyrice.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on January 13, 2017, a copy of the foregoing was served on attorneys for Defendants via the Court's electronic filing system.


*s/ W. Christopher Swett*
W. Christopher Swett