# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| Nova C. Wylds, | ) | Civil Action No. 2:15-4627-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Foster Wheeler Energy Corporation, *a Delaware Corporation*, Grinnell LLC, *a New Hampshire Corporation*, Metropolitan Life Insurance Company, *a New York Corporation*, Riley Power Inc., *a Massachusetts Corporation*, Sterling Fluid System USA LLC, *a Delaware Corporation,* Union Carbide Corporation, *a New York Corporation*, United Conveyor Corporation, *an Illinois Corporation*, Bayer Cropscience Inc., *as successor in interest to Amchem Products, Inc., a Delaware Corporation*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may within sixty days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978). The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty days from the filing date of this order

-2-

**AND IT IS SO ORDERED.**

                                                Richard Mark Gergel
                                                United States District Court Judge

April 18, 2017
Charleston, South Carolina